Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd. 8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
CHRISTINA NICOLE GELDI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTINA NICOLE GELDI, | Case No. 2:24-cv-10266-SK |
| Plaintiff, | [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF |
| v. | ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS |
| FRANK BISIGNANO, Commissioner of Social Security, | TO JUSTICE ACT |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,200.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  February 4, 2026                    _____

HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE